IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:04CV094

| | |
|---|---|
| URBAN SPORTS & ENTERTAINMENT GROUP, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>MBC GOSPEL NETWORK, LLC,<br><br>              Defendant. | **ORDER GRANTING DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF'S CLAIMS FOR FRAUD, UNFAIR TRADE PRACTICES, AND UNJUST ENRICHMENT** |

**THIS MATTER** comes before the Court upon Plaintiff Urban Sports & Entertainment Group, LLC's ("Urban Sports") Rule 41(a)(2) motion for dismissal without prejudice as to its claims for fraud, unfair and deceptive trade practices and unjust enrichment against defendant MBC Gospel Network, LLC ("MBC"). The Court has determined that dismissal pursuant to Plaintiff's request is proper.

**IT IS THEREFORE ORDERED** that Plaintiff Urban Sports' claims for the fraud, unfair and deceptive trade practices and unjust enrichment against Defendant MBC are dismissed without prejudice.

Signed: October 7, 2006

_____
Frank D. Whitney
United States District Judge