# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Urban Sports & Entertainment Group LLC,

    Plaintiff(s),

vs.

MBC Gospel Network, LLC,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04-cv-94

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Oral Order entered September 27, 2006, the Order dated September 29, 2006, and the Order dated October 7, 2006.

**Signed: October 10, 2006**

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court